(315) LETTER: OF TUTORSHIP;  231017-1091-3

**24TH JUDICIAL DISTRICT COURT**
**PARISH OF JEFFERSON**
**STATE OF LOUISIANA**
**P.O. BOX 10**
**GRETNA, LA 70054**

315/635
**FILED**

OCT 1 7 2023

/s/ B Calongne
**DEPUTY CLERK**

Case: ▮▮▮▮  Div: "J"
P 2 PERLA INTERIANO

IN RE:
J▮▮▮▮▮▮ I▮▮▮▮▮

PARISH OF JEFFERSON

This shall certify to all whom it shall concern, that on the 25th day of July, 2023, an application was made to the Honorable Judges of the 24th Judicial District Court for the Parish of Jefferson, by PERLA INTERIANO praying that she might be appointed TUTRIX.

NOW KNOW YE, that PERLA INTERIANO has been, and she is hereby appointed TUTRIX to the said J▮▮▮▮▮ I▮▮▮▮▮ and that PERLA INTERIANO has fulfilled all the REQUISITES OF THE LAW.

Witness our hand and seal this 17th day of October, 2023.

/s/ Bridget M Calongne
Bridget M Calongne, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

Exhibit "A"

Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053

10/17/2023 18:58:53 CERTIFIED TRUE COPY - Pg:1 of 1 - Jefferson Parish Clerk of Court - ID:23149163

RECEIVED SEP 0 8 2023

## 24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

Filed by FAX
Date: 08/23/2023
Time: 10:18 AM
Deputy Clerk: /s/Chantelle P. Floyd

**STATE OF LOUISIANA**

RECEIVED VIA MAIL
FOR RECORD 08/29/2023 11:14 27
Chantelle P. Floyd DY CLERK
JEFFERSON PARISH LA

IN RE: J█████ I█████

NO: █████                                                           DIVISION: J

_____                    _____
**FILED**                                                          **DEPUTY CLERK**

### MOTION AND ORDER FOR CONFIRMATION OF APPOINTMENT AS TUTRIX

**NOW INTO COURT**, through undersigned counsel, comes **PERLA INTERIANO**, who respectfully represents:

1.

Mover **PERLA INTERIANO** filed a Petition for the Appointment and Confirmation as Tutrix for the minor child, J█████ I█████, on July 25, 2023. The minor child's mother, **MELISSA INTERIANO**, is deceased and his father is unknown.

2.

Mover provided copies of her proposed petition via certified mail to the minor child's brother, **JONATHAN LEE BRUCE**, the minor child's maternal grandfather, **LEONARDO INTERIANO**, and the minor child's maternal aunt, **VERONICA INTERIANO**. The correspondence was mailed on July 7, 2023, and delivered on July 12, 2023, as evidenced by the correspondence and USPS Return Receipt attached hereto as **Exhibit A**.

3.

A public notice was placed in The Times Picayune newspaper on August 8, 2023, notifying the public of Petitioner's intent to become the tutrix for the minor child, J█████ I█████ *See attached Exhibit B: Affidavit of Publication*. Ten (10) days has lapsed since the publication and no one has filed an opposition to Mover's appointment as for the minor child, J█████ I█████.

4.

Mover **PERLA INTERIANO** seeks to be appointed and confirmed by this Court as the tutrix of the person and property of the minor child J█████ I█████ and to

1

have all rights and obligations afforded tutors by operation of law. Mover further requests **JONATHAN LEE BRUCE** be appointed and confirmed as the undertutor.

5.

A sworn detailed descriptive list of the minor child's property was filed on July 25, 2023. The minor child's property is worth less than fifty thousand dollars. Under Louisiana Code of Civil Procedure Article 4461, this tutorship would classify as a small tutorship.

6.

Mover further requests that court costs be one-half (1/2) of the court costs in similar proceedings in larger tutorships, in accordance with Louisiana Code of Civil Procedure Article 4464.

**WHEREFORE**, mover, **PERLA INTERIANO**, prays:

A. Mover, **PERLA INTERIANO,** be appointed and confirmed as the tutrix of the minor child, J█████████ I█████████;

B. **JONATHAN LEE BRUCE** be appointed and confirmed the undertutor of the minor child, J█████████ I█████████;

C. The security bond be waived for mover **PERLA INTERIANO**;

D. The court costs be one-half (1/2) of the court costs in similar proceedings in larger tutorships; and

E. After qualifying and complying with all the requirements of law that letters of tutorship be issued to Mover.

Respectfully Submitted By:

**Law Office of Jamillia Stevenson, LLC**

*Jamillia Stevenson*
Jamillia Stevenson
Bar Roll # 38593
203 Bonaire Drive
Lafayette, LA 70506
Office: (504)-458-7135
Fax: (504)-294-8966
Email: jstevensonlawfirm@gmail.com
***Attorney for Perla Interiano***
***Volunteer of The Pro Bono Project***

2

## 24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

## STATE OF LOUISIANA

IN RE: J███████ I███████

NO: ███████                                    DIVISION: J

FILED                                           DEPUTY CLERK

### ORDER FOR TUTORSHIP

Considering the Petition for the Appointment and Confirmation as Tutrix, Motion for Confirmation, Exhibits and Evidence:

**IT IS ORDERED** that Perla Interiano is confirmed and appointed as Tutrix for the minor child, J███████ I███████, and Letters of Tutorship shall be issued to her after she has taken her oath of office.

**IT IS FURTHER ORDERED** that Jonathan Lee Bruce is confirmed and appointed as Undertutor for the minor child, J███████ I███████

**IT IS FURTHER ORDERED** that the security bond is hereby waived.

**IT IS FURTHER ORDERED** that court costs be one-half (1/2) of the court costs in similar proceedings in larger tutorships.

Gretna, Louisiana, this 5th day of September, 2023.

_____
JUDGE

### OR

~~IT IS ORDERED that petitioner Perla Interiano and Jonathan Lee Bruce appear and show cause on the ____ day of _____, 2023 at _____ A.M./P.M. why their appointment as tutrix and undertutor should be confirmed in the above captioned matter.~~

~~Gretna, Louisiana, this ____ day of _____, 2023.~~

_____
JUDGE

3

SIGNED: HON. STEPHEN C. GREFER - DIVISION: J - 09/01/2023 05:35:50 - ███████ - ID:156771